# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

Thomas R Davis  
(full name)        (Register No).

Plaintiff(s).

v.

Case No. 18-3252-CV-S-MDH-P

Nurse Shimmin  
(Full name)  
Doctor Wilkins  

Defendant(s).

Defendants are sued in their (check one):  
___ Individual Capacity  
___ Official Capacity  
✓ Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): Green County Jail 1000 N Boonville, Springfield, MO. 65802

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Thomas R Davis #2958840 Register No. _____
Address 1000 N Boonville Ave Springfield MO, 65802

B. Defendant MS. Shimmin, & Doctor Wilkins
Is employed as Nurse & Doctor

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III. Do your claims involve medical treatment? Yes __X__ No ____

IV. Do you request a jury trial? Yes __X__ No ____

V. Do you request money damages? Yes __X__ No ____

State the amount claimed? $100,000/500,000 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes __X__ No ____

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure? Yes __X__ No ~~X~~

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ~~~~ No __X__

C. If a grievance was filed, state the date your claims were presented, and the result of that procedure. (Attach a copy of the final result.)
Plaintiff was Denied the Right to file Grievance, Request were made over & over (most ignored)

D. If you have not filed a grievance, state the reasons.
Have Been Told it is not a Grievable matter. Institution Refuses the Plaintiff's Rights to Grievance process.

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ____ No __X__

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes __X__ No ____

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: __J.J. Jones__         __Davis__
           (Plaintiff)            (Defendant)
(2) Date filed: __2014__

2

(3) Court where filed: _Federal_

(4) Case Number and citation: _unknown_

(5) Basic claim made: _violation Civil, Consititutional RG_

(6) Date of disposition: _2016_

(7) Disposition: _2016 unknown_
   (Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _unknown Defendant_
   (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

_See other page_

B. State briefly your legal theory or cite appropriate authority:

_Deliberate indifference 8 & 14 Amendment unecessary & wanton inflichon of pain, Wilkerson vs UTAH 8th cruel & unuseual punishments_

_I am lamen At Law & don't have all the knowlalge to protect my self against injustice, please perserve any rights violated I fail to mention, please provide an Attorney to fight for my Rights!_

3

Case 6:18-cv-03252-MDH   Document 1   Filed 08/08/18   Page 3 of 10

A

On or ~~around~~ ABOUT 3-20-2018, a little after 4 P.M I Fell From the TOP BUNK in MY Cell 214 in C Pod, I Felt TREMENDOUS ~~a lot of~~ Pain in MY Hand (Right) Foot (Right) Neck and Lower Back. I DID NOT INITIALLY Report my injury Due To previous Medical Treatments, as well as a Hope that injury and Pain would Go Away. After laying in the Cell for hours the Pain Continued to (intencefy) ~~intensify~~ Drastically. BY 8pm Rec The Pain Prevent me from walking and Using my Hand, By 11PM it Became Apparent that Regardless of previous experiences with medical, I was Going to Need Treatment, I informed the Officer on Duty that I could not walk and I Believe my Hand and Foot was Broken, after speaking with Nurse He was told to Give me a sick call form, I informed him that my pain was unbearable and I put it off for as long as I could Bear, and I needed ~~IMMEA~~ IMMEDIATE Medical Attention. He Again spoke with Medical Staff Then told me they Refused to see me I then tryed to Get up and walk To press Medical Button To Request A supervisor In which I fell Again Due to Pain in my Right Foot. My Cellmate Then informed Staff

Case 6:18-cv-03252-MDH   Document 1   Filed 08/08/18   Page 4 of 10

1 of 5

that I fell & could not get up. Nurse Shimmins finally came to my cell & was ~~Rude~~ IRATE ABOUT ME BEING CHARGED SEVEN DOLLARS AND SIGNING A FORM TO Authorize ~~Authorize~~ FUNDS TAKEN I then informed Her That I HAD NO Problem Paying SEVEN Dollars and SIGNING the form BUT that MY PAIN was unBearable I Believe I Have broken Bones and I needed Desperate Medical attention. I then signed the form with my Left Hand Nurse Shimmins then stayed Irate, Rude, and unprofessional and accuseing me of faking an Injury without ever once examining me she continued to threatened me stating "I AM GOING to take all Your Property And Put you into T4/ IF You don't Get up and WALK" I informed her that I could not walk & that I was not faking. I pleaded & begged her to please treat me for pain & that a X-Ray would prove that I was not lying I had no reason to. She continued to say I had "1 more chance to get up & walk or I was being rehoused". I continuely asked why she was using T4 as a means to try to punish me instead of sending me to emergency room for X-Ray's as I had before. She stated she was going to view video of me walking & I asked her please to do so. She then had officers push me into the Hall. She never examined my foot or

my hand while I was in my cell. Once in the hallway I asked how she was going to justify not treating me if I infact had a broken bone. She then stated that there was always ways to deal with "My Kind". She then after I asked why I signed "sick call" form?? & if she had a problem treating blacks why would she be working here?? She then took my right arm (instead of my left) to take "vital" signs & pushed her chest into my broken hand causing excrusiating pain. I yelled out in pain & pleaded for her to please not crush my hand with her chest, & that I didn't want to be blamed for touching her chest & could she please use my other arm & be careful with her chest. She continued to smile & talk as if I was crazy. I continued to plead with her not to do it again. She then refused to treat me or even examine my injuries. Not once was I disrespectful, rude, or used any vulgar language towards her at any time. Then true to her threats she took all of my property, had me placed in a cell with no socks, underwear, sheats, or towels. I wasin't even allowed to use a spoon. The cell also had a camera recording as I used the rest room which is also a violation of my rights against cruel & unusual punisment. (5th Amendment). She classified me as "Medical watch" in the extrearist form

for ~~no~~ ABSOLUTLY Reason at all other than to punish me. Inmate Robert Smith 136503 ~~was~~ is a wittness to Nurse Shimmins Behavior and attitude when she entered C Pod on 3-20-18. He was in cell 215 Next Door. Once in +4 I was left on the floor untreated for pain with no medical care without ~~super~~ even a exam. I complained & yell out in pain time after time for Hours. I requested a superviser & was told to fill out Request form to ask for a Grievance Form. I then did that and turned in to OFC Davidson I believe is his name. To this day my form has been ignored as many many other Request to access my Rights to the Grivance Process the form was filled out within 30 minutes of me being placed in the cell on 3-20-18. I suffered all night long in excruceating unbearyable pain. finally, The next morning a new Nurse on shift different Heard my yell & listened to my story, she then "examined" me and stated There was clear "massive Swelling" in my hand and foot. She then had me sent for X-Rays, she stated & was nice enough to give me pain meds although ↑I wan't getting perscribe anything. After ~~finally~~ being treated X-Rays showed my Hand (Right) was in fact Broken But not my foot. Doctor. I then recieved treatment from an Ortho-Doctor. My hand has unexplained mass swelling & severe pain in multiple areas. My hand after months

4 of 5

of treatment is still not healing properly. Medical staff has delayed & delayed setting up my appointments with orth doctor & now he "refuses" Alledgethly to see me. I had an appointment & was being transported to it when I transport officer turned the car around & refused to take me because I called him out on treating me unfairly. This was in July of 2018. My appointment was supposed to be rescheduled. But now I am being refused. I complained & begged for 2nd opinion or update my ortho Doctor of my present & current pain. But I am being refused further treatment. My everday life is greatly limited due to Hand injury. I can not exercise, twist, pull, or make much contact without sever pain. It hurts for some one to even shake my hand. The Nurseing staff has certain members who are very rude & unproffesional I have even been denid treatment for asthma before. Then turned around & treated by Nurse Matty, when the other lady who refused me was not present. I Blame the Defendants for my continued pain & suffering due to poor treatment & delayed treatment. No further treatment is being given to me.

Case 6:18-cv-03252-MDH   Document 1   Filed 08/08/18   Page 8 of 10
5 of 5

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
Award monetary DAMAGES AND any and all Judgements Deemed Just and Fair By this Court

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. NA

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action? Yes____ No____

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

C. Have you previously had a lawyer representing you in a civil action in this court? Yes____ No _X_

If your answer is "Yes," state the name and address of the lawyer.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this ___30___ day of ___7___ 20_18_

_____
Signature(s) of Plaintiff(s)

Thomas Davis #
2958240
Green County Justice Center
1000 N. Boonville
Springfield, Mo. 65802

Office of the Clerk
United States District Court
Western District of Missouri
Kansas City, Missouri 64106

RECEIVED
2018 AUG -8 AM 11:41
CLERK U.S. DIST. COURT
WEST. DIST. OF MO.
KANSAS CITY, MO.